NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

LISA MICHELLE DILLARD,                )
                                      )
                Appellant,            )
                                      )
v.                                    )        Case No. 2D18-2900
                                      )
STATE OF FLORIDA,                     )
                                      )
                Appellee.             )
_____ )

Opinion filed March 22, 2019.

Appeal from the Circuit Court for Pasco
County; Philippe Matthey, Judge.

Howard L. Dimmig, II, Public Defender,
and Megan Olson, Assistant Public
Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.


                Affirmed.


NORTHCUTT, SLEET, and BADALAMENTI, JJ., Concur.